AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| ANTON U. PARDINI, as Personal Representative of the Estate of JUDITH R. PARDINI <br><br> *Plaintiff(s)* <br><br> v. <br><br> OCEANIA CRUISES S. de R.L., d/b/a OCEANIA CRUISES <br><br> *Defendant(s)* | Civil Action No. 1:22-cv-23918-RNS |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  OCEANIA CRUISES S. de R.L., d/b/a OCEANIA CRUISES
by serving registered agent:

Daniel S. Farkas, Esq.
7665 Corporate Center Drive
Miami, FL  33126

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Andrew P. Rodriguez, Esq. and Manuel A. Reboso, Esq., Rossman, Baumberger, Reboso & Spier, P.A., 9155 S. Dadeland Blvd, Suite 1200, Miami, FL 33156 AND Philip D. Parrish, Esq., Philip D. Parrish P.A., 7301 SW 57th Court, Suite 430, Miami, FL 33143; Rodriguez@rbrlaw.com; Reboso@rbrlaw.com; Rachel@rbrlaw.com; Phil@parrishappeals.com; Betty@parrishappeals.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Dec 2, 2022

s/ N. Wilner
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court