UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO.: 1:22-cv-23918-RNS

ANTON PARDINI,
As Personal Representative
of the Estate of Judith Pardini

    Plaintiff,

v.

OCEANA CRUISES S. de R.L.
d/b/a OCEANA CRUISES,

    Defendant.
_____/

## **NOTICE OF APPEARANCE**

Curtis Mase, gives notice of his appearance as co-counsel on behalf of OCEANA CRUISES S. de R.L. d/b/a OCEANA CRUISES. Copies of pleadings, correspondence, and any other documents filed in this cause should be served upon cmase@maselaw.com, swright@maselaw.com, pmoghari@maselaw.com, and filing@maselaw.com as well as the other attorneys who have given their notice of appearance on behalf of the Defendant.

Respectfully submitted,

MASE SEITZ BRIGGS, P.A.
2601 South Bayshore Drive, Suite 800
Miami, Florida 33133
Telephone: (305) 377-3770
Facsimile: (305) 377-0080

By: /s/ *Curtis J. Mase*
    CURTIS J. MASE
    Florida Bar No. 478083
    cmase@maselaw.com